|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

ARDERIUS M. WARREN,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D15-5645

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed February 6, 2017.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Arderius M. Warren, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Anne C. Conley and Matthew Pavese, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.